| | |
|---|---|
| 1 | Baker & Hostetler LLP |
| | Andre Y. Bates, Esq. (Bar No. 178170) |
| 2 | 333 South Grand Avenue |
| | Suite 1800 |
| 3 | Los Angeles, CA  90071-1523 |
| | Telephone:     (213) 975-1600 |
| 4 | Facsimile:      (213) 975-1740 |
| 5 | Attorneys for Defendants |
| | Regnery Publishing, Inc. and |
| 6 | Kenneth R. Timmerman |
| 7 | Baker & Hostetler LLP |
| | Bruce W. Sanford, Esq. |
| 8 | Robert D. Lystad, Esq. |
| | 1050 Connecticut Avenue, N.W. |
| 9 | Suite 1100 |
| | Washington, D.C. 20036 |
| 10 | Telephone:    (202) 861-1500 |
| | Facsimile:     (202) 861-1783 |
| 11 | |
| 12 | Of Counsel for Defendants |
| | Regnery Publishing, Inc. and |
| 13 | Kenneth R. Timmerman |
| 14 | Paul Kleven |
| | Law Offices of Paul Kleven |
| 15 | 1604 Solano Avenue |
| | Berkeley, CA 94707 |
| 16 | Telephone: (510) 528-7347 |
| | Facsimile:  (510) 526-3672 |
| 17 | |
| 18 | Attorney for Plaintiffs |
| | Uzoma Gogo Nwakuche and Kego Egbuonu |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 21 | | Case No.  4:03-cv-00848 CW |
| 22 | UZOMA GOGO NWAKUCHE and KEGO EBBUONO | ~~[PROPOSED]~~ ORDER RE: STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED PRE-TRIAL DATES |
| 23 | Plaintiffs, | |
| 24 | v. | |
| 25 | REGNERY PUBLISHING, INC. and KENNETH R. TIMMERMAN | |
| 26 | | |
| 27 | Defendants. | |
| 28 | | |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

4:03-CV-00848 CW
4:03-CV-88

Plaintiffs Uzoma Gogo Nwakuche and Kego Egbuonu and Defendants Regnery Publishing, Inc. and Kenneth R. Timmerman (collectively, the "Parties") have stipulated to an order continuing the Case Management Conference herein, and related pre-trial dates, to allow time for the Parties to complete discovery (the "Stipulation").  Upon good cause shown,

IT IS HEREBY ORDERED THAT:

1. The Stipulation is granted.

2. The case management conference and related pre-trial dates are continued as follows:

| | | |
|---|---|---|
| a. | Date of next case management conference: | December 2, 2005 |
| b. | Date to hear case-dispositive motions: | December 2, 2005 |
| c. | Disclosure of identities and reports of experts: | January 13, 2006 |
| d. | Completion of fact discovery: | March 3, 2006 |
| e. | Completion of expert discovery: | March 3, 2006 |

Dated:  6/24/05

/s/ CLAUDIA WILKEN

Claudia Wilkin
United States District Court Judge

BARRISTERS, 85407, 00001, 500856098.1, Proposed Order