Baker & Hostetler LLP
Andre Y. Bates, Esq. (Bar No. 178170)
333 South Grand Avenue
Suite 1800
Los Angeles, CA 90071-1523
Telephone: (213) 975-1600
Facsimile: (213) 975-1740

Attorneys for Defendants
Regnery Publishing, Inc. and
Kenneth R. Timmerman

Baker & Hostetler LLP
Bruce W. Sanford, Esq.
Robert D. Lystad, Esq.
Mark I. Bailen, Esq.
1050 Connecticut Avenue, N.W.
Suite 1100
Washington, D.C. 20036
Telephone: (202) 861-1500
Facsimile: (202) 861-1783

Of Counsel for Defendants
Regnery Publishing, Inc. and
Kenneth R. Timmerman

FILED
JUN 3 0 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

RECEIVED
JUN 2 8 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UZOMA GOGO NWAKUCHE and KEGO EBBUONO<br><br>Plaintiffs,<br><br>v.<br><br>REGNERY PUBLISHING, INC. and KENNETH R. TIMMERMAN<br><br>Defendants. | Case No. 4:03-cv-00848 CW<br><br>[~~PROPOSED~~] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

1   Robert D. Lystad, an active member in good standing of the bar of the District of
2   Columbia, whose business address and telephone number is Baker & Hostetler LLP,
3   Washington Square, Suite 1100, 1050 Connecticut Avenue, NW, Washington, DC 20036-5304,
4   Telephone: (202) 861-1500, Facsimile: (202) 861-1783, having applied in the above-entitled
5   action for admission to practice in the Northern District of California on a *pro hac vice* basis,
6   representing Defendants Regnery Publishing, Inc. and Kenneth R. Timmerman.

7   IT IS HEREBY ORDERED THAT the Application is granted, subject to the terms and
8   conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
9   *vice*. Service of papers upon and communication with co-counsel designated in the application
10  will constitute notice to the party. All filings in this action are subject to the requirements
11  contained in General Order No. 45, *Electronic Case Filing*.

Dated: JUN 30 2005

_____
Claudia Wilkin
United States District Court Judge