UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UZOMA GOGO NWAKUCHE, KEGO EGBUONO,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>REGNERY PUBLISHING, et al.,<br><br>　　　　Defendant.<br>_____/ | No. C 03-0848 CW (WDB)<br><br>ORDER RESCHEDULING DATE FOR HEARING ON DEFENDANT'S MOTION TO COMPEL RESPONSES TO CERTAIN INTERROGATORIES AND DOCUMENT REQUESTS |

　　Pursuant to Judge Wilken's Order Denying Stipulated Motion for Reconsideration of the Parties' Stipulated Motion of August 10, 2005, to Continue Case Management Conference And Related Pre-Trial Dates, e-filed September 9, 2005, the hearing on defendant's motion to compel responses to certain interrogatories and document requests, previously scheduled for November 16, 2005, is hereby rescheduled to **October 12, 2005, at 2:30 p.m.**

　　IT IS SO ORDERED.

Dated: September 13, 2005

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　WAYNE D. BRAZIL
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

cc: parties, WDB, CW.