**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UZOMA GOGO NWAKUCHE, KEGO EGBUONO, <br><br> Plaintiffs, <br><br> v. <br><br> REGNERY PUBLISHING, et al., <br><br> Defendant. <br> _____/ | No. C 03-0848 CW (WDB) <br><br> ORDER |

    On October 12, 2005, the Court ordered plaintiffs to produce certain categories of documents to defendants, including (i) their personal tax returns, and the tax returns of any ventures in which they had a significant financial interest, for the tax years 1997 and 1998; (ii) any business contracts to which either plaintiff was a party, or to which any venture in which either plaintiff held a significant financial interest was a party, and that were entered or were in effect during 1997 or 1998; (iii) all of their medical records from January 2000 to the present, and (iv) all documentary evidence of occurrences from January 2000 to the present that might reasonably be expected to cause a person to experience substantial emotional harm or feelings of sadness or depression.

    The Court hereby enters the following Protective Order: any and all of the above-referenced documents disclosed by plaintiffs to defendants can be used only for the purposes

of plaintiffs' lawsuit, can be disclosed only to defendants' counsel (and their staff) and defendants' experts, and must be returned to plaintiffs at the end of this litigation.

IT IS SO ORDERED.

Dated: October 24, 2005

WAYNE D. BRAZIL
United States Magistrate Judge

cc: parties, WDB, CW.