1  ANTHONY J. SPERBER, Bar No. 197962
   LAW OFFICE OF ANTHONY J. SPERBER
2  1808 Sixth Street, Berkeley, CA 94710
   Tel: 510.845.8844
3  Fax: 510.845.1998
   anthony@sperberlaw.com
4
   Attorneys for PLAINTIFFS UZOMA GOGO NWAKUCHE
5  and KEGO EGBUONU

6

7

8                          UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10                           SAN FRANCISCO DIVISION

11

12  UZOMA GOGO NWAKUCHE, an individual; and          Case No. C-03-0848 CW
    KEGO EGBUONU, an individual,
13                                                   **SUBSTITUTION OF ATTORNEY**
                    Plaintiffs,
14
            v.
15
    REGNERY PUBLISHING, INC., a Maryland
16  corporation; and KENNETH R. TIMMERMAN,
    an individual.
17
                    Defendants.
18

19         Plaintiffs Uzoma Gogo Nwakuche and Kego Egbuonu hereby substitute Anthony J. Sperber (SBN

20  197962), Law Office of Anthony J. Sperber, 1808 Sixth Street, Berkeley, CA 94710, (510) 845-8844, as their

21  new attorney of record in the place of Paul Kleven (SBN 95338), Law Offices of Paul Kleven, 1604 Solano

22  Avenue, Berkeley, CA 94707, (510) 528-7347.

23         1.      I consent to this substitution.

24                 Dated: November 2, 2005         _____
                                                   UZOMA GOGO NWAKUCHE, Plaintiff
25

26         2.      I consent to this substitution.

27                 Dated: November 2, 2005         _____
                                                   KEGO EGBUONU, Plaintiff
28

3.    I consent to this substitution.

Dated: November 2, 2005

_____
PAUL KLEVEN, Former Attorney

4.    I consent to this substitution.

Dated: November 2, 2005

_____
ANTHONY J. SPERBER, New Attorney

SUBSTITUTION OF ATTORNEY IS HEREBY .  SCHEDULE PREVIOUSLY SET MUST BE ADHERED TO.

[X] Approved        [ ] Denied

Dated: November 8, 2005

_____
UNITED STATES DISTRICT JUDGE



SUBSTITUTION OF ATTORNEY                    - 2 -                    CASE No. C-03-0848 CW