ANTHONY J. SPERBER, Bar No. 197962
LAW OFFICE OF ANTHONY J. SPERBER
1808 Sixth Street, Berkeley, CA 94710
Tel: 510.845.8844
Fax: 510.845.1998
anthony@sperberlaw.com

KAREN M. BERNTSON, Bar No. 201221
LAW OFFICES OF KAREN M. BERNTSON
1808 Sixth Street, Berkeley, CA 94710
Tel: 510.981.8013
Fax: 510.981.8202
karen@berntsonlaw.com

Attorneys for PLAINTIFFS UZOMA GOGO NWAKUCHE
and KEGO EGBUONU

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UZOMA GOGO NWAKUCHE, an individual; and KEGO EGBUONU, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>REGNERY PUBLISHING, INC., a Maryland corporation; and KENNETH R. TIMMERMAN, an individual.<br><br>Defendants. | Case No. 4:03-cv-0848 CW<br><br>**STIPULATION FOR FILING OF FIRST AMENDED COMPLAINT** |

Plaintiffs Uzoma Gogo Nwakuche and Kego Egbuonu ("Plaintiffs") and Defendants Regnery Publishing, Inc. and Kenneth R. Timmerman ("Defendants") (collectively "the Parties") hereby stipulate to Plaintiffs filing a First Amended Complaint, pursuant to FRCP Rule 15(a), which allows any pleading to be amended with the written consent of the "adverse party." Fed. R. Civ. P. 15(a). As part of this stipulation, the Parties further agree that the attached First Amended Complaint be deemed filed and served as of February 1, 2006, and that any response or objection thereto is due no later than February 15, 2006.

//

//

1  Dated: January 31, 2006				LAW OFFICE OF ANTHONY J. SPERBER

3						By: /s/
						Anthony J. Sperber
4						Attorneys for PLAINTIFFS UZOMA GOGO
						NWAKUCHE and KEGO EGBUONU

7  Dated: January 31, 2006				BAKER & HOSTETLER LLP

9						By: /s/
						Robert D. Lystad
10						Attorneys for DEFENDANTS REGNERY
						PUBLISHING, INC. and KENNETH R.
11						TIMMERMAN

14  PURSUANT TO STIPULATION, AND GOOD
    CAUSE APPEARING, IT IS SO ORDERED.

16		2/6/06
17  Dated: _____	_____
						HONORABLE CLAUDIA WILKEN
18						U.S. DISTRICT COURT JUDGE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Claudia Wilken]*