IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UZOMA GOGO NWAKUCHE and KEGO EGBUONU,

    Plaintiffs,

  v.

REGNERY PUBLISHING, INC. and KENNETH R. TIMMERMAN,

    Defendants.

No. 03-0848 CW

ORDER STRIKING PLAINTIFFS' CROSS-MOTION FOR SUMMARY JUDGMENT AND SETTING BRIEFING SCHEDULE

    Plaintiffs Uzoma Gogo Nwakuche and Kego Egbuonu and Defendants Regnery Publishing, Inc., and Kenneth R. Timmerman have filed separate and concurrent motions for summary judgment. Such simultaneous filings violate the Court's standing orders, which state that cross or counter-motions "shall be contained within the opposition to any motion for summary judgment and shall conform with Civil L.R. 7-3." Accordingly, the Court sua sponte strikes Plaintiffs' motion for summary judgment and sets the following revised briefing schedule. Plaintiffs shall file a combined opposition and cross-motion on February 17, 2006; Defendants' opposition and reply will be due on February 24; and Plaintiffs' reply will be due on March 3. The matters will be heard on March 17, 2006; the March 10 hearing date is hereby VACATED.

    Evidentiary and procedural objections should also be contained

within the allowed briefing rather than in separate motions to strike.

IT IS SO ORDERED.

Dated  2/7/06

/s/ Claudia Wilken

CLAUDIA WILKEN
United States District Judge