1  ANDRE Y. BATES (State Bar No. 178170)
   BAKER & HOSTETLER LLP
2  333 South Grand Avenue, Suite 1800
   Los Angeles, CA  90071-1523
3  Telephone:     (213) 975-1600
   Facsimile:     (213) 975-1740
4
   BRUCE W. SANFORD (*Of Counsel*)
5  ROBERT D. LYSTAD (*admitted pro hac vice*)
   MARK I. BAILEN (*admitted pro hac vice*)
6  BAKER & HOSTETLER LLP
   1050 Connecticut Avenue, N.W., Suite 1100
7  Washington, D.C. 20036
   Telephone:     (202) 861-1500
8  Facsimile:     (202) 861-1783

9  Attorneys for Defendants REGNERY
   PUBLISHING, INC. and KENNETH R.
10 TIMMERMAN

11 ANTHONY J. SPERBER (State Bar No. 197962)
   LAW OFFICE OF ANTHONY J. SPERBER
12 1808 Sixth Street, Berkeley, CA 94710
   Telephone:     (510) 8450-8844
13 Facsimile:     (510) 845-1998

14 KAREN M. BERNTSON (State Bar No. 201221)
   LAW OFFICES OF KAREN M. BERNTSON
15 1808 Sixth Street, Berkeley, CA 94710
   Telephone:     (510) 981-8013
16 Facsimile:     (510) 981-8202

17 Attorneys for Plaintiffs UZOMA GOGO
   NWAKUCHE and KEGO EGBUONU

18

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UZOMA GOGO NWAKUCHE and KEGO EGBUONO,<br><br>Plaintiffs,<br><br>v.<br><br>REGNERY PUBLISHING, INC. and KENNETH R. TIMMERMAN,<br><br>Defendants. | Case No. 4:03-cv-00848 CW<br><br>**ORDER REFERRING MATTER TO MAGISTRATE JUDGE SPERO FOR SETTLEMENT CONFERENCE**<br><br>Case Management Conference<br>Date:  March 17, 2006<br>Time: 10:00 a.m.<br>Ctrm:  2<br>Judge: Claudia Wilken |
|---|---|

1  Upon consideration of the Stipulation for Order Referring Matter to Magistrate Judge

2  Spero for Settlement Conference, it is hereby

3  ORDERED, that this matter is referred to Magistrate Judge Spero for settlement

4  conference.

5

6

7  DATE: 2/28/06  /s/ CLAUDIA WILKEN
    _____  _____

8  Claudia Wilken
   United States District Judge